UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jerrold Eugene Abose (spc)(c)(pt)

_____

Write the full name of each plaintiff.

26 CV 1004

(Include case number if one has been assigned)

-against-

New york presbyterian

CABOS INC

Jessica Geldwe

All subsidaries subsidorAries Beneficiaries

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

fiduciaries

subjects

Inter Alia

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

RECEIVED
SDNY PRO SE OFFICE
2026 FEB -4 PM 4: 26

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Civil Rights_

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Donald Eugene DiRoso (Spc Dc Prt)_ , is a citizen of the State of
(Plaintiff's name)

_New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _New York Presbyterian_, is a citizen of the State of
(Defendant's name)

_New york_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _New york presbyterian_ is incorporated under the laws of

the State of _New york_

and has its principal place of business in the State of _New york_

or is incorporated under the laws of (foreign state) _New york_

and has its principal place of business in _New york_.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Jerrold_ _Eugene_ _Dubose_ (Spc Defer)
First Name                    Middle Initial          Last Name

_437 Dewitt Ave Apt 202 Brooklyn Ny, 11207_
Street Address

_Kings_            _NY_              _11207_
County, City                    State              Zip Code

_914-629-8132_        _lordzionobey@gmail.com._
Telephone Number              Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    *New York Presbyterian*

First Name                     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                   State              Zip Code

Defendant 2:    *CASES INC*

First Name                     Last Name

Current Job Title (or other identifying information)

*151 Lawrence St, 4th Floor*

Current Work Address (or other address where defendant may be served)

*Brooklyn NY          11201*

County, City                   State              Zip Code

Defendant 3:    *Jessica Geldane*

First Name                     Last Name

*Team leader For the brooklyn Fact team*

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

*Brooklyn NY          11201*

County, City                   State              Zip Code

Defendant 4:    *Beneficiaries Subsidies Subsidiaries*

First Name          Last Name

*Subjects*
*prior*
*Inter Alia*

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

*See*

*Attachment*

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PTSD

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

One million US Dollars

$ 1,000,000,000

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 2-4-26 | |
| Dated | Plaintiff's Signature |
| Jerald Eugene Wasse | |
| First Name — Middle Initial — Last Name | |
| 437 Dewitt Ave Apt 202 | |
| Street Address | |
| Kings Brooklyn NY 11207 | |
| County, City — State — Zip Code | |
| 914-625-8132 | lordzionobey@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15



Today's Date 1-28-26    ①

Jerrold Eugene Dbose SPORT

— Against —
New York Presbyterian Hosp.
Cases Incorporated
Jessica Beltane
Including but not limited to
All Beneficiaries
Subsidies - Subjects
Subsidararies
(Inter Alia)

(2)

TO whomever this MAY concern.—

ON or About October 2020 to present I, spc have been subjected to undue enrichment theft of services, emotional AND physical DURESS, including but not limited to undue harm by CASES INC located AT 151 Lawrence Street Brooklyn New York 11201 4th floor They Are A practioner for the mentally disabled — Funded by who knows what.—

ON or About October 29th 2025 I, spc, went to Jessica beltrane Team leader of the Brooklyn Act/ Fact team to complain about the fact that CASES is making A fortune of my Bond information

As well As medical (inter Alia)
And they have not provided I, spc
with the necessary supliments
to Assist I spc with daily
living (ie. Food, clothing, shelter)
On or About October 29th I, spc
visited Cases, Inc And spoke
with MS bethane About her
providing ~~████~~ I, secured party
creditor with the backend leger
of the Accredited Accounting
of Debtor ~~Jerrold~~ Dubose
costs And expenditures. __
Reason being, I, spc haven't
received As much As A pair of
sneakers in 3 years __
much less A metro card __
my Question I imposed to miss
bethane is "where is the money going?"
Miss bethane lied with A poker face And
said she didn't know what I was talking
About.

④

Afterwhich, we agreed to disagree as I spc waited for metro cards to go home along with 2 noodle soups and some cheese fish crackers —

As I was patiently awaiting subway fare 2 police officers along with EMS arrived —

To my dismay I, spc, was informed that they were taking me to New York presbyterian presbyterian for observation which ended up lasting a month were I spc was assaulted shot e.with thorazine by staff after I spc told a female head staff to treat her black patients with the same courtesy as thier white counterparts. Furthermore, missing Halloween with my grandkids

Moreover, I, SPC was hosted (handcuffed and shackled for a non criminal offense, made to use the commode (toilet) while handcuffed to the railing in the restroom. Punched and kicked by NYpresbyterian security officers — what tured into a night time observation tured into an observation nightmare —

In summation —

I, Jerrold Eugene Dubose (SPC CRT) on behalf of DEBTOR JERROLD DUBOSE am suing CASES INCORPORATED (INTER ALIA) for the sum certain certain one million dollars $1,000,000 for fraud theft of services undue enrichment. undue harm emotional & psychological distress illegal bookkeeping inter alia. AFFIANT FURTHER SAITH NAUGHT