UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JERROLD EUGENE DUBOSE,

                Plaintiff,                **ORDER**
                                      26-CV-01816 (NRM) (CHK)
      -against-

NEW YORK PRESBYTERIAN; CASES
INC.; JESSICA GELFANE; BENEFICIARIES
SUBSUDIES SUBSIDARIES SUBJECT
INTER ALIA,
                Defendants.
-----------------------------------------------------------------x
JERROLD EUGENE DUBOSE,

                Plaintiff,                26-CV-1825 (NRM) (CHK)

      -against-

CITY OF NEW YORK; MAYOR LEROY
ADAMS; APPLE INC.; SNIPES; FAMILY
DOLLAR; 75TH PRECINCT, *inter alia,*

                Defendants.
-----------------------------------------------------------------x
**NINA R. MORRISON**, United States District Judge:

On April 3, 2026, in each of the above-captioned actions, the Court denied *pro se* Plaintiff Jerrold Eugene Dubose's request to proceed *in forma pauperis* ("IFP"). He was directed to complete the Long Form IFP Application or pay the filing fee within fourteen days of the Order, by April 17, 2026. ECF No. 8. To date, Plaintiff has failed to pay the required filing fee or submit a Long Form IFP Application in either action.

Accordingly, these two actions are dismissed without prejudice.

1

The Clerk of Court is respectfully directed to enter judgments, close these actions, mail a copy of this Order to Plaintiff, and note the mailing on the dockets.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore denies *in forma pauperis* status for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**


    */s/ Nina R. Morrison*
NINA R. MORRISON
United States District Judge


Dated: May 1, 2026
    Brooklyn, New York

2